1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                AT TACOMA

8

9   GEORGE RAND RAUCH,

10                      Petitioner,                    Case No. C07-5548RJB

11              v.                                     ORDER DENYING  CERTIFICATE
                                                       OF APPEALABILITY
12  DAN PACHOLKE,

13                      Respondent.

14

15          This matter comes before the court on the petitioner's Notice of Appeal.  Dkt. 24.  The court

16  has reviewed the relevant documents and the record herein.

17                          PROCEDURAL HISTORY

18          On May 6, 2008, U.S. Magistrate Judge Karen L. Strombom issued a Report and

19  Recommendation, recommending that the petition for writ of habeas corpus be dismissed as

20  unexhausted and procedurally barred.  Dkt. 21. On June 6, 2008, the court adopted the Report and

21  Recommendation, concluding that petitioner's claims were unexhausted and procedurally barred,

22  and, in the alternative, reviewed the claims on the merits and concluded that the claims did not

23  warrant habeas relief. Dkt. 23.  Petitioner has now appealed to the U.S. Court of Appeals for the

24  Ninth Circuit.  Dkt. 24.

25          STANDARD FOR GRANTING A CERTIFICATE OF APPEALABILITY

26  Order- 1

1    The district court should grant an application for a Certificate of Appealability only if the

2    petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. §

3    2253(c)(3).  To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner

4    must make a showing that reasonable jurists could debate whether, or agree that, the petition should

5    have been resolved in a different manner or that the issues presented were adequate to deserve

6    encouragement to proceed further.  *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting*

7    *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).          When the court denies a claim on

8    procedural grounds, the petitioner must show that jurists of reason would find it debatable whether

9    the petition states a valid claim of the denial of a constitutional right and that jurists of reason would

10    find it debatable whether the district court was correct in its procedural ruling.  *Slack v. McDaniel*,

11    120 S.Ct. at 1604.

12    DISCUSSION

13     This court first concluded that petitioner's claims were unexhausted and procedurally

14    barred.  The claims were therefore dismissed on procedural grounds.  There is nothing in the record

15    that would support a conclusion that jurists of reason would find it debatable whether these issues

16    state valid claims of the denial of a constitutional right and that jurists of reason would find it

17    debatable whether this court was correct in its procedural ruling.

18    In the alternative, the court carefully reviewed petitioner's claims on the merits. Petitioner has

19    not shown that the Washington state court decisions upholding his conviction resulted in a decision

20    that was contrary to, or involved an unreasonable application of, clearly established federal law, as

21    determined by the Supreme Court; or resulted in a decision that was based on an unreasonable

22    determination of the facts in light of the evidence presented to the state courts.  Petitioner has not

23    shown that reasonable jurists could debate whether, or agree that, the petition should have been

24    resolved in a different manner or that the issues presented were adequate to deserve encouragement

25    to proceed further.

26    Order- 2

1       The Certificate of Appealability should be denied.

2       Accordingly, it is hereby **ORDERED** that a Certificate of Appealability is **DENIED**.

3       The Clerk is directed to send uncertified copies of this Order to all counsel of record and to

4   any party appearing *pro se* at said party's last known address.

5       DATED this 18th day of June, 2008.

6

7       ROBERT J. BRYAN
        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   Order- 3